IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DAVID A. AUELL, | : | CASE NO. 13-10608-TPA |
|     DEBTOR | : | CHAPTER 13 |
| | : | |
| DAVID A. AUELL, | : | DOCUMENT NO. __ |
|     MOVANT | : | |
| | : | |
| V. | : | |
| | : | |
| NO RESPONDENTS | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On February 2, 2013, at docket number 13, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by the Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

                                              Respectfully submitted,

                                              MELARAGNO, PLACIDI, PARINI & VEITCH

Dated: December 27, 2018              By: /s/ John C. Melaragno, Esquire
                                                  John C. Melaragno, Esquire
                                                  502 West Seventh Street
                                                  Erie, Pennsylvania 16502
                                                  (814) 459-5557
                                                  PA I.D. No. 80207
                                                  johnm@mplegal.com

**PAWB Local Form 24 (07/13)**